Los Jueces Asociados Sres. del Toro y Hutchison, disintieron.

---

EL PUEBLO, DEMANDANTE Y APELADO, v. BERRÍOS, ACUSADO Y APELANTE.

APELACIÓN procedente de la Corte de Distrito de Ponce, en causa por delito de infracción a la Ley del Servicio Civil.

No. 1118.—Resuelto en julio 9, 1917.

Resuelto por los fundamentos de la opinión emitida en el caso No. 1084, *El Pueblo v. Wys*, p. 510.

Los hechos están expresados en la opinión.

Abogados del apelante: Sres. *Rafael Martínez Nadal, Manuel F. Rossy y Juan Bautista Soto.*

Abogados del apelado: Sres. *Howard L. Kern y Salvador Mestre, Fiscal.*

EL JUEZ ASOCIADO SR. ALDREY, emitió la opinión del tribunal.

Aun cuando el apelante no opuso excepción alguna a la acusación ante el tribunal inferior, sin embargo al sostener su recurso de apelación alega en primer término que la acusación es insuficiente para sostener la sentencia condenatoria dictada contra él porque no expone hechos constitutivos de delito.

En el caso de *El Pueblo* v. *Wys,* resuelto en el día de hoy, hemos estudiado detenidamente una acusación similar a la que motivó la condena del apelante, y de acuerdo con las razones consignadas en la opinión emitida para resolver ese caso, tenemos que llegar a la conclusión de que la acusación contra Aniceto Berríos no le imputó delito alguno.

> *Revocada la sentencia apelada y absuelto el acusado.*

Jueces concurrentes: Sres. Presidente Hernández y Asociado Wolf.

. . Los Jueces Asociados Sres.. del Toro y Hutchison, disintieron.

OPINIÓN DISIDENTE DEL JUEZ ASOCIADO SR. DEL TORO.

El acusado fué condenado por la Corte de Distrito de Ponce por infracción de la sección 14 de la Ley del Servicio Civil (sec. 313 de los Estatutos Revisados de Puerto Rico, Compilación de 1911). Apeló, y la mayoría de los jueces de esta Corte Suprema decidió que debía revocarse la sentencia apelada, siguiendo los principios establecidos en la opinión emitida en el caso de *El Pueblo* v. *Wys*, decidido el 9 de julio de 1917 (pág. 510). No puedo estar conforme. He expresado con alguna amplitud las razones que tengo para ello en mi opinión disidente emitida en el caso de *El Pueblo* v. *Wys*, y basta referirme a ellas para fundar mi disentimiento.